# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAMEL JONES**<br><br>      **Plaintiff,**<br><br> v.<br><br>**JOHN WETZEL, et al.**<br><br>      **Defendants.** | **CIVIL ACTION NO. 22-1190** |

## ORDER

**AND NOW,** this 30th day of September 2025, upon consideration of Commonwealth Defendants' (Wetzel, Little, and Long) Motion for Summary Judgment [Doc. No. 144] and the response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

                 **BY THE COURT:**

                 /s/ Cynthia M. Rufe

                 _____
                 **CYNTHIA M. RUFE, J.**